UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-19-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT COOKSON | ORDER TO SET<br>SENTENCING HEARING AT<br>TIME OF ARRAIGNMENT |

This matter having come before the Court by motion of the Office of the Federal Public Defender to set the sentencing hearing at the time of arraignment for the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment and sentencing hearing shall be set for _April Term_, 2018. The Presentence Investigation and Presentence Report are waived.

IT IS SO ORDERED.

This __13__ day of April, 2018.

_____
TERRENCE W. BOYLE
United States District Judge